THE HON. ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMALH ANTHONY WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>STRYDER MOTORFREIGHT CANADA, LTD.,<br><br>Defendant. | No. 2:21-cv-00349 RSL<br><br>STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 9th day of December, 2021.

    *s/ Jamalh Anthony Wilson* (per electronic authorization)
Jamalh Anthony Wilson
2120 Commerce Street, #401
Tacoma, WA 98402
(425)399-4879 telephone
JAMALHWILSON001@gmail.com
Plaintiff Pro Se

---

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE  (Cause No. 2:21-cv-00349
RSL)  – 1
JMS6873.001/4044419X



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

```
                        /s/ John M. Silk
                        John M. Silk, WSBA #15035
                        Wilson Smith Cochran Dickerson
                        901 Fifth Avenue, Suite 1700
                        Seattle, WA  98164-2050
                        206-623-4100 T | 206-623-9273 F
                        silk@wscd.com
                        Attorneys for Defendant
```

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this  10th  day of  December , 2021.


United States District Judge Robert S. Lasnik

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE (Cause No. 2:21-cv-00349 RSL) – 2
JMS6873.001/4044419X

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273